O- send

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DESHAUN VINCENT SMITH<br><br>　　　　　Defendant. | Case No.: CR 95-00639-MMM-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>previous removal of electronic monitoring bracelet, failure to notify officer of change of address</u>

```
                                                                     
                                                                     
                                                                     
         and/or
  B.  (✓) The defendant has not met his/her burden of establishing by
      clear and convincing evidence that he/she is not likely to pose
      a danger to the safety of any other person or the community if
      released under 18 U.S.C. § 3142(b) or (c). This finding is based
      on: nature of the offense; criminal record
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 23, 2009

*Alicia G. Rosenberg*
UNITES STATES MAGISTRATE JUDGE